IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| CLARENCE MCKELVEY, #502710 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:17cv503 |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, ET AL. | § | |

## ORDER OF PARTIAL DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell for screening and review pursuant to 28 U.S.C. § 1915A. Judge Mitchell issued a Report and Recommendation concluding that Plaintiff's claims against the University of Texas Medical Branch should be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the dismissal of the claims against UTMB, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the Report and Recommendation (Dkt. # 12) is **ADOPTED**. It is

**ORDERED** that Plaintiff's claims against UTMB is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1).

**So Ordered and Signed**
Jan 10, 2018

_____
Ron Clark, United States District Judge